# Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2020**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2020 calendar year, or tax year beginning 01-01-2020, and ending 12-31-2020

| **B** Check if applicable: | **C** Name of organization<br>National Association of Realtors | **D** Employer identification number<br>36-1520690 |
|---|---|---|
| ☐ Address change<br>☐ Name change<br>☐ Initial return<br>☐ Final return/terminated<br>☐ Amended return<br>☐ Application pending | Doing business as | |
| | Number and street (or P.O. box if mail is not delivered to street address) Room/suite<br>430 N Michigan Ave | **E** Telephone number<br>(312) 329-8200 |
| | City or town, state or province, country, and ZIP or foreign postal code<br>Chicago, IL 60611 | **G** Gross receipts $ 538,337,118 |

| **F** Name and address of principal officer:<br>Bob Goldberg CEO<br>430 N Michigan Ave<br>Chicago, IL 60611 | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No<br>**H(b)** Are all subordinates included? ☐ Yes ☐ No<br>If "No," attach a list. (see instructions) |
|---|---|
| **I** Tax-exempt status: ☐ 501(c)(3)  ☒ 501(c) ( 6 ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527 | |
| **J** Website: ▶ www.realtor.org | **H(c)** Group exemption number ▶ |
| **K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1908  **M** State of legal domicile: IL |

### Part I  Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities:
The NATIONAL ASSOCIATION OF REALTORS provides a facility for professional development & exchange of information among its members and the public in order to preserve, protect and advance the right to real property for all.

2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | |
|---|---|---:|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 1,192 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 1,188 |
| 5 | Total number of individuals employed in calendar year 2020 (Part V, line 2a) | 363 |
| 6 | Total number of volunteers (estimate if necessary) | 2,200 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7,826,406 |
| 7b | Net unrelated business taxable income from Form 990-T, line 39 | 3,095,239 |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---:|---:|
| 8 | Contributions and grants (Part VIII, line 1h) | 0 | 0 |
| 9 | Program service revenue (Part VIII, line 2g) | 287,315,985 | 290,187,690 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 39,236,804 | 3,667,176 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 11,684,968 | 7,201,417 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 338,237,757 | 301,056,283 |

**Expenses**

| | | | |
|---|---|---:|---:|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 171,500 | 36,009,722 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 59,040,322 | 64,168,590 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 162,787,454 | 176,732,256 |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 221,999,276 | 276,910,568 |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | 116,238,481 | 24,145,715 |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---:|---:|
| 20 | Total assets (Part X, line 16) | 697,288,307 | 868,094,059 |
| 21 | Total liabilities (Part X, line 26) | 219,017,692 | 252,023,615 |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 478,270,615 | 616,070,444 |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

| ****** | 2021-11-15 |
|---|---|
| Signature of officer | Date |
| JOHN PIERPOINT CFO | |
| Type or print name and title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00666837 |
|---|---|---|---|---|
| Firm's name ▶ Grant Thornton LLP | | | Firm's EIN ▶ 36-6055558 | |
| Firm's address ▶ 171 N Clark St Suite 200<br>Chicago, IL 60601 | | | Phone no. (312) 856-0200 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11282Y   Form **990** (2020)