# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| SHAUNTELL BURTON and on behalf of those similarly situated, )<br>)<br>) *Plaintiffs*, )<br>vs. )<br>)<br>NATIONAL ASSOCIATION OF )<br>REALTORS, KELLER WILLIAMS, LLC, )<br>and KELLER WILLIAMS REALTY, INC. )<br>)<br>*Defendants*. )<br>)<br>) | Civil Action No.: 7:23-cv-05666-JD<br><br>**STATUS REPORT** |

Defendant National Association of REALTORS® ("NAR") and Plaintiff Shauntell Burton, on behalf of herself and of those similarly situated ("Plaintiff") (collectively, "Parties"), hereby jointly submit this Status Report pursuant to the Court's April 23, 2024 Text Order (ECF No. 39).

On April 22, 2024, the Parties filed a joint status report, requesting an Order from this Court staying all deadlines as to NAR pending a ruling on final approval of NAR's settlement in *Burnett v. National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.) (ECF No. 37) ("Settlement Agreement"). On April 23, 2024, this Court stayed all deadlines as to NAR, ordering the Parties to continue to file joint status reports regarding the pending settlements in *Burnett* every 60 days or within 10 days of a final ruling on either settlement (ECF No. 39).

Keller Williams and the Plaintiff filed a joint status report on May 20, 2024, within 10 days of final settlement approval of the Keller Williams settlement in *Burnett*. NAR and the Plaintiff filed a joint status report on June 21, 2024, 60 days after the Parties' April 22, 2024 status report. NAR and the Plaintiff filed a joint status report on August 20, 2024, 60 days after the June 21,

2024 status report. The Parties filed a joint status report on October 21, 2024, 60 days after the August 20, 2024 status report.

On November 27, 2024, the *Burnett* court granted final approval of the Settlement Agreement. No. 4:19-cv-00332 (W.D. Mo.), ECF No. 1622 ("Final Approval Order"). Objectors have since filed notices of appeal. No. 4:19-cv-00332 (W.D. Mo.), ECF Nos. 1624, 1630, 1632.

NAR and Plaintiffs respectfully request an Order from this Court continuing the stay of all deadlines as to NAR until after the exhaustion of all appeals of the order granting final approval. The Parties will continue to file joint status reports every 60 days or within 10 days of the conclusion of any appeals of the Final Approval Order to the United States Court of Appeals for the Eighth Circuit.

    Respectfully submitted,

    /s/Alice W. Parham Casey
    Alice W. Parham Casey (Fed. ID # 9431)
    WYCHE, P.A.
    807 Gervais Street, Ste 301
    Columbia, SC 29201
    (803) 254-6542
    tcasey@wyche.com

    Henry L. Parr, Jr. (Fed ID 2984)
    Rachael L. Anna (Fed ID 100486)
    WYCHE, P.A.
    200 E. Broad Street, Ste 400
    Greenville, SC 29601
    Phone: (864) 242-8200
    hparr@wyche.com
    ranna@wyche.com

    *Attorneys for Defendant*
    *National Association of REALTORS®*

3

/s/Patrick Eugene Knie
Patrick Eugene Knie (Fed. ID #2370)
Matthew William Shealy
(Fed. ID #12823)
**Knie and Shealy**
P.O. Box 5159
250 Magnolia Street
Spartanburg, SC 29304
(864) 582-5118 – Telephone
(864) 585-1614 – Facsimile
pat@knieshealy.com
matthew@theshealylawfirm.com

Sam Mitchell Slade, Jr.
P.O. Box 1007
Spartanburg, SC 29304
(864) 582-4212
Mitch@MitchSladeLaw.com

*Attorneys for Plaintiff*